# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2773
_____

Ezequiel Rivera

*Plaintiff - Appellant*

v.

Sedgwick Claims Management Services; Ace Fire Underwriters Insurance
Company; Nestle USA, Inc.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 2, 2026
Filed: April 7, 2026
[Unpublished]
_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.
_____

PER CURIAM.

Ezequiel Rivera appeals following the district court's[1] dismissal of his employment-related action for failure to state a claim and improper venue. Upon careful review, we conclude that the dismissal was proper for the reasons stated by the district court. See Ingram v. Ark. Dep't of Corr., 91 F.4th 924, 927 (8th Cir. 2024); Buckley v. Hennepin County, 9 F.4th 757, 760 (8th Cir. 2021); Steen v. Murray, 770 F.3d 698, 702 (8th Cir. 2014).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Rivera's pending motion as moot.

_____

[1]The Honorable Laura M. Provinzino, United States District Judge for the District of Minnesota.